IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| CRAIG CUNNINGHAM | ) | |
|---|---|---|
| | ) | Case No. 3:16-2299 |
| v. | ) | JUDGE SHARP |
| | ) | |
| JOEY ZOCCALI, et al., | ) | |

**O R D E R**

Pending before the Court is a Plaintiff's Motion to Dismiss with Prejudice (Docket No. 15).

The motion is GRANTED and this action is hereby dismissed with prejudice.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE